OCTOBER 20, 1961

**No. 66179.**—Norman G. Jensen, Inc. *v.* United States, protests 59/29912 and 59/29913.—

—C.D. 2254. Plaintiff's application for rehearing granted.

OCTOBER 23, 1961

**No. 66180.**—The Spiegel Brothers Corp. *v.* United States, protest 59/25951.

Plaintiff's application for rehearing granted.

**No. 66181.**—Radio Wire Television, Inc. *v.* United States, protest 60/9839.

Plaintiff's application for rehearing granted.

BEFORE THE SECOND DIVISION, OCTOBER 31, 1961

**No. 66182.**—Beacon Cycle & Sporting Goods Co. et al. *v.* United States, protests 313754–KS, etc. (Milwaukee).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiffs was sustained.